```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

        -against-                          :          19 Cr. 931 (WHP)

KAMEL OSBORNE,                             :          ORDER
LYWAN REED, and                            :
QUINTERIA DANIELS,                         :
                                           :
                Defendants.                :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

        Upon request of defense counsel, and with the consent of the Government, this Court establishes the following schedule:

1. Any substantive pretrial motions are to be filed by August 14, 2020, or if no motions are to be filed, defense counsel is to file a letter on the docket indicating that none will be filed.

2. The Government is to file its opposition to any substantive motions by September 4, 2020.

3. Any replies are to be filed by September 18, 2020.

4. If necessary, the Court will schedule a hearing in a separate order.

5. The Government shall produce any 404(b) evidence to defendants by September 11, 2020.

6. The parties shall file any in limine motions by September 25, 2020.

7. The parties shall file any opposition papers on motions in limine by October 9, 2020.

8. The parties shall file any reply papers on motions in limine by October 23, 2020.

9. The parties shall submit a joint request to charge by November 13, 2020 along with any individual party's proposed voir dire that is unique to this case.

10. The parties shall appear for argument on the motions in limine on November 19, 2020 at 2:00 p.m.

11. The Government shall provide 3500 by November 25, 2020.

12. Jury selection and trial will commence on December 7, 2020 at 9:30 a.m.

13. Since this adjournment is necessary to allow time for counsel to prepare for trial, the Court excludes until November 19, 2020 from Speedy Trial Act calculation. This Court finds that this continuance serves to ensure the effective assistance of counsel and to prevent any miscarriage of justice. Additionally, this Court find that the ends of justice served by such a continuance outweigh the best interests of the public and the defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(a).

Dated: July 15, 2020
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.