UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>–v–<br><br>Quinteria Daniels,<br><br>Defendant. | 19-cr-931 (WHP)<br><br>ORDER |

WILLIAM H PAULEY III, District Judge:

    A change of plea is scheduled in the above-captioned matter for October 21, 2020 at 2:30 p.m. A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 355352015.

    If the Court must transition to its teleconference line, a publicly-accessible audio line will be available by dialing (888) 363-4749, and entering Access Code 3070580.

Dated: October 16, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.