# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3070

E-mail Address
brooke.cucinella@stblaw.com

BY ECF

January 21, 2021

Re: *United States v. Quinteria Daniels*, No. 19-cr-931 (WHP) (S.D.N.Y.)

The Honorable William H. Pauley III
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Dear Judge Pauley:

I write on behalf of my client, Quinteria Daniels, with the consent of the Government, to respectfully request a short adjournment of Ms. Daniels's sentencing date, currently scheduled for February 11, 2021 at 11:00 AM, until a date in early or mid-March 2021.

If at all possible, Ms. Daniels would like to proceed with her sentencing hearing before the Court in person, an option that is not feasible on the currently scheduled sentencing date due to the COVID-19 pandemic and the Court's First Amended Standing Order, which governs the procedures in place for the Court through February 12, 2021. It is our hope that an in-person sentencing hearing will be possible by early March.

We have conferred with AUSA Rebecca Dell, who has no objection to this request.

Respectfully submitted,

/s/ Brooke E. Cucinella

Brooke E. Cucinella

cc: Counsel of record (by ECF)

Application granted. Sentencing adjourned to April 7, 2021 at 3:30 p.m.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

January 25, 2021