# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-3070

E-mail Address
brooke.cucinella@stblaw.com

**BY ECF**

March 23, 2021

Re:   *United States v. Quinteria Daniels*, No. 19-cr-931 (WHP) (S.D.N.Y.)

The Honorable William H. Pauley III
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Dear Judge Pauley:

      I write on behalf of my client, Quinteria Daniels, with the consent of the Government, to respectfully request a short extension of the deadline for Ms. Daniels's sentencing submission. Ms. Daniels's sentencing is currently scheduled for April 7, 2021, at 3:30 PM, and her sentencing submission is currently due March 24, 2021, with the Government's submission due March 31, 2021. Ms. Daniels respectfully requests an extension until March 26, 2021 for her sentencing submission.

      We have conferred with AUSA Rebecca Dell, who consents to this request. Ms. Daniels likewise consents to an equivalent extension of the deadline for the Government's submission, which would then be due April 2, 2021.

Respectfully submitted,

/s/ Brooke E. Cucinella

Brooke E. Cucinella

cc:   Counsel of record (by ECF)

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

March 24, 2021