UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Quinterra Daniels

Defendant.

19-cr-931 (WHP)

ORDER

WILLIAM H PAULEY III, District Judge:

Sentencing is scheduled in the above-captioned matter for April 7, 2021 at 3:30 p.m.  A publicly-accessible audio line is available by dialing 917-933-2166, entering participant code 666179152.

Dated:  April 7, 2021
        New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.