

# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2021

Direct Dial Number
+1-212-455-3070

E-mail Address
Brooke.Cucinella@stblaw.com

BY ECF

August 12, 2021

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Daniels*, 19 Cr. 931-WHP-3 (S.D.N.Y.)

Dear Judge Caproni:

We represent Defendant Quinteria Daniels in the above-captioned case. We write to request, with the consent of the Government, a modification of Ms. Daniels's voluntary surrender date, as described below. On April 7, 2021, Ms. Daniels was sentenced to 6 months' incarceration, which will begin August 25, 2021. On June 2, 2021, Ms. Daniels was notified that she was scheduled to surrender to Philadelphia FDC on August 25, 2021 by 10:00 a.m.

We respectfully request that Ms. Daniels's surrender date be modified to August 30, 2021 at 12:00 p.m. so that she can finalize child care services and be present when her oldest daughter starts a new school this year, before Ms. Daniels begins serving her term.

We have conferred with Assistant U.S. Attorney Rebecca Dell, who has advised that she consents to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/ Brooke Cucinella*
Brooke Cucinella

cc:   AUSA Rebecca Dell

**MEMO ENDORSED**

BEIJING    HONG KONG    HOUSTON    LONDON    LOS ANGELES    PALO ALTO    SÃO PAULO    SEOUL    TOKYO    WASHINGTON, D.C.

Application GRANTED.

Ms. Daniels must surrender by August 30, 2021 at 12:00 P.M.

SO ORDERED.

Date: August 13, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE